RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 5/10/10
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| MICHAEL A. ROBERTSON<br>LA. DOC #126184<br>VS. | CIVIL ACTION NO. 09-0666<br>SECTION P<br>JUDGE ROBERT G. JAMES |
| WANDA NOLAN, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED** that Plaintiff's Civil Rights Complaint be **DISMISSED** in accordance with the provisions of Fed. R. Civ. P. Rule 41(b) and LR 41.3.

MONROE, LOUISIANA, this 10 day of May, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE